```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
                 FORT PIERCE DIVISION
         CASE NO. 05-14096-CR-MARTINEZ(GRAHAM)
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

SCOTT THOMAS FREEDMAN,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defense Counsel's CJA Voucher for Attorney's Fees.

**THE MATTER** was referred to the Honorable Frank J. Lynch United States Magistrate Judge on December 14, 2006. A Report and Recommendation was filed on February 16, 2006, recommending payment in the amount of $20,180.11 as to voucher number FLS051684. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8th day of March, 2007.

                                        _____
                                        DONALD L. GRAHAM
                                        UNITED STATES DISTRICT JUDGE

Copied: Richard Della Fera, Esq.
        Lucy Lara, CJA Administrator