```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                    FORT PIERCE DIVISION
            CASE NO. 05-14096-CR-MARTINEZ(GRAHAM)
```

UNITED STATES OF AMERICA

       Plaintiff,

vs.

SCOTT THOMAS FREEDMAN,

       Defendants.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Claimant Sharon Stone's Motion for Return of Property, (D.E. 147).

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on December 18, 2006. A Report and Recommendation (D.E. 167) was filed on January 16, 2007 recommended that the Claimant's Motion be **Dismissed** for failure to comply with 21 U.S.C. § 853(n)(2) and that the Government's Motion to Dismiss (D.E. 154) be **Granted**. The Claimant and the Government were afforded the opportunity to file objections to the Report and Recommendation. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of April, 2007.

                                        _____
                                        DONALD L. GRAHAM
                                        UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Frank J. Lynch
        Sharon Stone, Pro Se
        Beth Sreenan, AUSA
        Antonia Barnes, AUSA
```